UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:  Case No. 15-54966-PJS

    Charles McDiarmid
    Cori McDiarmid
        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Wm. Ruskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/13/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/28/2016.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $42,762.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,419.10 |
| Less amount refunded to debtor | $3,050.73 |

**NET RECEIPTS:**      **$368.37**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $222.25 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**      **$222.25**

Attorney fees paid and disclosed by debtor:      $1,500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABTEK INC | Unsecured | 8,528.01 | 8,528.01 | 8,528.01 | 0.00 | 0.00 |
| AMERICOLLECT INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC. | Unsecured | 68.92 | NA | NA | 0.00 | 0.00 |
| ASA ELECTRONICS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASMAR CENTER LLC | Unsecured | 37,342.50 | NA | NA | 0.00 | 0.00 |
| BIOTECH CLINICAL LABORATORY | Unsecured | 46.70 | NA | NA | 0.00 | 0.00 |
| CAPITAL 1 BANK | Unsecured | 2,995.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 834.00 | 1,023.14 | 1,023.14 | 0.00 | 0.00 |
| CF MEDICAL LLC | Unsecured | NA | 5,958.90 | 5,958.90 | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 1,589.49 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 7,773.00 | NA | NA | 0.00 | 0.00 |
| CINDERLIA INC | Unsecured | 25,434.14 | 20,890.70 | 20,890.70 | 0.00 | 0.00 |
| CLEARWATER SPAS | Unsecured | 9,236.18 | NA | NA | 0.00 | 0.00 |
| COAST SPAS MANUFACTURING | Unsecured | 22,827.36 | 23,165.08 | 23,165.08 | 0.00 | 0.00 |
| CONSOLIDATED RECOVERY GROUP | Unsecured | 11,537.00 | 10,708.50 | 10,708.50 | 0.00 | 0.00 |
| COPPER CREEK VINEYARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1,681.00 | 1,656.92 | 1,656.92 | 0.00 | 0.00 |
| EASTPOINTE RADIOLOGISTS PC | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| ELECTRONIC PAYMENT INCORPO | Unsecured | 6,169.68 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FOUR WINDS HOLDING COMPANY | Unsecured | 5,992.93 | 53,416.57 | 53,416.57 | 0.00 | 0.00 |
| GE COMMERCIAL DISTRIBUTION F | Unsecured | 58,048.75 | 86,548.95 | 86,548.95 | 0.00 | 0.00 |
| GENISYS CREDIT UNION | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GREATER MEDIA DETROIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HUNTER WARFIELD | Unsecured | 641.00 | NA | NA | 0.00 | 0.00 |
| HURON VALLEY SINAI HOSPITAL | Unsecured | 157.16 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 26,397.03 | 24,248.51 | 24,248.51 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 2,144.40 | 2,144.40 | 0.00 | 0.00 |
| JOHN GRUSSNER | Unsecured | 50,000.00 | 75,000.00 | 75,000.00 | 0.00 | 0.00 |
| LEISURE TIME SPAS, BILLIARDS & | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MARATHON FLEET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS & MEDICAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,401.00 | 1,414.25 | 1,414.25 | 0.00 | 0.00 |
| MICHIGAN DEPARTMENT OF TREA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 826.00 | 826.05 | 826.05 | 0.00 | 0.00 |
| MINUTECLINIC DIAGNOSTIC OF M | Unsecured | 105.84 | NA | NA | 0.00 | 0.00 |
| NULOOK CAPITAL LLC | Unsecured | 63,930.48 | NA | NA | 0.00 | 0.00 |
| PIONEER FINANCE LLC | Unsecured | 959.00 | 589.06 | 589.06 | 0.00 | 0.00 |
| PIONEER FINANCE LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PIONEER FINANCE LLC | Secured | NA | 140.44 | 140.44 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 87.00 | 87.22 | 87.22 | 0.00 | 0.00 |
| SJMH MEDICAL PRACTICE | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| SNAP ADVANCES LLC | Unsecured | 34,039.70 | 34,099.70 | 34,099.70 | 0.00 | 0.00 |
| SPIWIN & CO INC | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Priority | 142,000.00 | 21,331.45 | 21,331.45 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Secured | 4,240.44 | 3,455.03 | 3,455.03 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Unsecured | 0.00 | 4,151.40 | 4,151.40 | 0.00 | 0.00 |
| SUMMIT FUNDING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SUMMIT FUNDING INC | Secured | 0.00 | 971.13 | 971.13 | 0.00 | 0.00 |
| SUMMIT FUNDING INC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE HUNTINGTON NATIONAL BA | Secured | 0.00 | 0.00 | 0.00 | 146.12 | 0.00 |
| THE HUNTINGTON NATIONAL BA | Secured | 242.00 | 121.78 | 121.78 | 0.00 | 0.00 |
| VIKING SPAS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WATERFORD MEDICAL ASSOCIATI | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | NA | 4,800.81 | 4,800.81 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $971.13 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $121.78 | $146.12 | $0.00 |
| All Other Secured | $3,595.47 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,688.38** | **$146.12** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $45,579.96 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$45,579.96** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$335,009.66** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $222.25 |
| Disbursements to Creditors | $146.12 |
| **TOTAL DISBURSEMENTS** : | **$368.37** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/23/2016                By: /s/ David Wm. Ruskin
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**