UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| In The Matter Of: | In Bankruptcy: |
|---|---|
| CHARLES MCDIARMID | Case No. 15-54966-PJS |
| CORI MCDIARMID | Chapter 7 |
| | Hon. Phillip J. Shefferly |
| Debtor(s).         / | |

## CERTIFICATE OF DISTRIBUTION

Karen E. Evangelista, Trustee of the above-named estate, hereby states the following:

1.   That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2.   That the Trustee has collected $2,500.00 and disbursed $2,500.00, leaving a balance on hand of $0.00, which funds are deposited in an account at Bank of Texas;

3.   That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| Karen E. Evangelista Fee P/O 4/19/2017 | $625.00 | 100.00 | $625.00 |
| Karen E. Evangelista Expense P/O 4/19/2017 | $100.00 | 100.00 | $100.00 |
| | | **Subtotal:** | **$725.00** |

| Priority Claims | | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 8 | Internal Revenue Service | $24,248.51 | 1.60 | $386.85 |
| 15 | Michigan Department of Treasury/Revenue/AG | $21,331.45 | 1.60 | $340.32 |
| | | | **Subtotal:** | **$727.17** |
| | | | **Total:** | **$1,452.17** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: April 21, 2017         /s/ KAREN E. EVANGELISTA [P36144]

Karen E. Evangelista, Chapter 7 Trustee
439 S. Main St.
Suite 250
Rochester, MI 48307
Phone: (248) 652-7992
E-mail: brewera1008@yahoo.com